# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-854
Lower Tribunal No. 21-SC-008355

_____

DRI FORCE RESTORATION, INC. a/a/o FRANK VALDES,

Appellant,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

_____

Appeal from the County Court for Lee County.
Erik Leontiev, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and GANNAM, JJ., concur.


Erin M. Berger and Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellant.

Kristi Bergemann Rothell, of Methe & Rothell, P.A., West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED